UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

IN RE:                                                    CASE NO. 13-10001-KKS

KRISTIN Leigh Belyew

_____Debtor(s) /

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

_____Adams & Cohen, LLC_____ ("Applicant") applies to this Court for entry of an order directing the clerk to remit the sum of $ 3,177.94 due to Mile Run Multi-Family Homeowners Assoc ("Claimant").

| 1. | Full legal name of Claimant (If Claimant is an individual, skip to | Mile Run Multi-Family Homeowners Assoc., Inc. |
| --- | --- | --- |
| 2. | Type of Entity (corporation, LLC, partnership) | Corporation |
| 3. | State of Incorporation/Organization | Florida |
| 4. | Name and Title of Authorizing Officer or Representative | Alan Morrow, President |
| 5. | Current Mailing Address | 5522 NW 43 St, #B, Gainesville, FL 32653 |
| 6. | Telephone Number | (352) 240-2713 Ext 482 |
| 7. | SS# (last 4 digits only) or EIN # | 5156 |
| 8. | Amount Being Claimed | $3,177.94 |

Applicant represents that Applicant is authorized to submit this Application and is entitled to receive the requested funds based upon:    *(check the applicable statement)*

☐  Applicant is the **original creditor** and owner of the funds as it appears on the records of this Court;

☐  Applicant is the **assignee** of the original creditor's claim to said funds, as evidenced in the attached documentation;

☐  Applicant is the original creditor's **successor in interest**, as evidenced in the attached documentation;

■  Applicant is an **attorney or "funds locator"** named in a special/limited power of attorney, which document is attached hereto, that is valid under the laws of the State of Florida, that empowers Applicant to collect the unclaimed funds described above on behalf of the Claimant. Applicant states that the Claimant is the: *(check the applicable statement)*

    ☐  Original creditor and owner of the claim;
    ☐  Original creditor's attorney with authorization to receive said funds;
    ☐  Assignee of the original creditor's claim to said funds;
    ☐  Successor in interest of the original creditor; or
    ☐  Personal representative of the original creditor's estate.

## SIGNATURE BLOCK FOR AN ENTITY *(signature block for individual on previous page)*

Dated: April 1, 2016

Adams & Cohen, LLC
Name of Applicant (entity)

By _[signature]_

Print Name: Jairo Camargo

Title: Managing Partner

Street Address: P. O. Box 546293

City/State/Zip: Miami Beach, FL 33154

Telephone *(including area code)*: (888) 978-9990

Sworn to and subscribed before me this 1st day of April, 2016, by

Oslenys Alba

Personally Known ___ OR Produced Identification X

Type of Identification Produced Florida Drivers License

_[signature]_ [SEAL]
Notary Public

In and for the State of Florida

My commission expires: _____

Oslenys B. Alba
COMMISSION # FF216520
EXPIRES: May 13, 2019
WWW.AARONNOTARY.COM

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

IN RE: __Kristin Leigh Belyew__          CASE NO. 13-10001-KKS

_____ Debtor(s) /

## AFFIDAVIT OF CLAIMANT

I, __Jairo Camargo of Adams & Cohen__, the undersigned claimant [*or duly authorized representative for the claimant as identified in paragraph (2)*], declare as follows:

1. I __Jairo Camargo__ [*Claimant or authorized representative of Claimant that has been granted a power of attorney to submit for claimant as indicated in the attached power of attorney*] am seeking payment of $ __3,177.94__ held in the registry of the Court.

2. My name, position with company [*if applicable*], address and telephone number are as follows:
   __Jairo Camargo__
   __Partner of Adams & Cohen, LLC__
   __P.O. Box 546293__
   __Miami Beach, FL 33154__

3. Copies of all necessary documentation, including those which establish the chain of ownership of the original corporate creditor [*e.g. documents relating to a sale of company, purchase agreements and/or stipulation by prior and new owner as a right of ownership of funds*] and which substantiate claimant's right to the funds, are attached.


4. I [*or the business that I represent as claimant*] have neither previously received these funds nor contracted with any other party other than the person named in item one above to recover these funds.

I certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: April 1, 2016

_____
Signature of Claimant or duly authorized representative

Print Name: Jairo Camargo

Title: Partner of Adams & Cohen, LLC
☒ Attorney in Fact for Claimant

Sworn to and subscribed before me this 1st day of April, 20 16 by

Oslenys Alba

Personally Known _____ OR Produced Identification  X

Type of Identification Produced  Florida Drivers License

_____    [SEAL]
Notary Public
In and for the State of Florida

My commission expires: _____

Oslenys B. Alba
COMMISSION # FF216520
EXPIRES: May 13, 2019
WWW.AARONNOTARY.COM

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA

In Re:

**Kristin Leigh Belyew**

Bankruptcy Case No. **13-10001-KKS**

Chapter 13

Debtor(s)

## ORDER DIRECTING DISBURSEMENT OF FUNDS

Upon application by Adams & Cohen, on behalf of Mile Run Multi-Family HOA, Inc. for unclaimed funds held in the registry of the Court, it is

ORDERED that the funds held in the registry of the Court in the amount of $3,177.94 be disburse to Mile Run Multi-Family HOA, Inc. c/o Adams & Cohen, P.O. Box 546293, Miami Beach, FL 33154.

DONE and ORDERED this ___ day of _____, 2016.

_____
United States Bankruptcy Judge

Copies to:
Clerk, U.S. Bankruptcy Court
Claimant
Funds Locator

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA

In Re:

**Kristin Leigh Belyew**

Bankruptcy Case No. **13-10001-KKS**

Chapter 13

Debtor(s)

## CERTIFICATE OF SERVICE

I hereby certify that on this same date a copy of this Application and its Exhibits has been mailed via first class U.S. Postal Service to:

**U.S. Attorney**
**Gainesville, Tallahassee and Panama City Divisions**
**111 N. Adams Street, 4th Floor**
**Tallahassee, FL 32301**

Date: 4-1-16

Jairo A. Camargo
Adams & Cohen

# LIMITED POWER OF ATTORNEY
### (For one transaction only)

**I, Alan Morrow** ("CLIENT") appoints **Adams & Cohen** ("A&C") as its lawful attorney-in-fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount **$3,177.94** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds held by a governmental agency or authority.

CLIENT grants to A&C the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the government agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT less the fee payable to A&C pursuant to and in accordance with its agreement with CLIENT.

A&C may not make any expenditure or incur any costs on behalf of CLIENT.

This Limited Power of Attorney is specifically limited to the collection and disbursement of the above-named funds and shall become effective on the date signed and will expire upon collection of the above-mentioned FUNDS. I authorize the use of a photocopy of this Power of Attorney, in lieu of the original.

I do hereby certify that the foregoing is true and correct.

_____
Signature

===============================================================================

## NOTARY ACKNOWLEDGMENT

State of __FL__

County of __Alachua__

SUBSCRIBED AND SWORN on the __18__ day of __March__, 2016 before me, personally appeared __Alan Morrow__, personally known to me or proved to me on the basis of satisfactory evidence (see identification below) to be the person whose name is subscribed to within instrument and acknowledgment to me, that they executed the same in their authorized capacity, and that by their signature on the instrument the person or their entity upon behalf of which the person acted executed the instrument.

**Identification provided by the above named was:** __Personally Known__

WITNESS my hand and official seal,

Signature __BJ Smith__
Notary Public

My commission expires: __2/23/19__

```
BOBBIE JO SMITH
MY COMMISSION # FF 202503
EXPIRES: February 23, 2019
Bonded Thru Notary Public Underwriters
```

## **CORPORATE LIMITED POWER OF ATTORNEY**

**KNOW ALL MEN BY THESE PRESENTS,** that I,

**Alan Morrow, President of Mile Run Multi-Family Homeowners' Association, Inc.,** acting on its behalf hereby state that as such, I am authorized to seek recovery of the unclaimed, undistributed, or undelivered tenders of funds belonging to **Mile Run Multi-Family Homeowners' Association, Inc.** held by the United States, by a state or local municipality, or by an agency or instrumentality of either.

Signed this __18__ day of __March__, 2016.

By __/s/ Alan Morrow__
      Alan Morrow

State/ Providence of __FL__

The above named __Alan Morrow__ known to be the individual described in (and holding the position designated in) the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free of act and deed.

SWORN AND SUBSCRIBED BEFORE ME: __/s/ Bobbie Jo Smith__
                                                                              Notary Public

My commission expires: __2/23/19__

BOBBIE JO SMITH
MY COMMISSION # FF 202503
EXPIRES: February 23, 2019
Bonded Thru Notary Public Underwriters



## 2015 FLORIDA NOT FOR PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# N05117

Entity Name: MILE RUN MULTI-FAMILY HOMEOWNERS' ASSOCIATION, INC.

**FILED**
**Apr 22, 2015**
**Secretary of State**
**CC2856376326**

**Current Principal Place of Business:**

5522 NW 43 STREET
SUITE B
GAINESVILLE, FL 32653

**Current Mailing Address:**

5522 NW 43 STREET
SUITE B
GAINESVILLE, FL 32653 US

**FEI Number:** 59-2465156

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

BOSSHARDT PROPERTY MANAGEMENT LLC
5522 NW 43 STREET
SUITE B
GAINESVILLE, FL 32653 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: GARRY GRIFFIN                                                                              04/22/2015
Electronic Signature of Registered Agent                                                              Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | VP | | Title | PRESIDENT |
| Name | MONTANYE, TERRY | | Name | MORROW, ALAN |
| Address | 5522 NW 43 STREET SUITE B | | Address | 5522 NW 43 STREET SUITE B |
| City-State-Zip: | GAINESVILLE FL 32653 | | City-State-Zip: | GAINESVILLE FL 32653 |
| Title | SECRETARY, TREASURER | | Title | DIRECTOR |
| Name | SOMMER, BILLIE | | Name | NIELSEN, LINDA |
| Address | 5522 NW 43 STREET SUITE B | | Address | 5522 NW 43 STREET SUITE B |
| City-State-Zip: | GAINESVILLE FL 32653 | | City-State-Zip: | GAINESVILLE FL 32653 |
| Title | DIRECTOR | | | |
| Name | BLACK, DENNIS | | | |
| Address | 5522 NW 43 STREET SUITE B | | | |
| City-State-Zip: | GAINESVILLE FL 32653 | | | |

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: ALAN MORROW                                    PRESIDENT                      04/22/2015
Electronic Signature of Signing Officer/Director Detail                                  Date

## **CORPORATE POWER OF ATTORNEY**

**KNOW ALL MEN BY THESE PRESENTS,** that I,

**Jairo Camargo, Manager and only Officer of Adams & Cohen, LLC**, acting on its behalf hereby state that as such, I am authorized to file applications, affidavits and or motions on behalf of Adams & Cohen, LLC for our clients who are seeking recovery of unclaimed, undistributed, or undelivered tenders of funds belonging to them held by the United States, by a state or local municipality, or by an agency or instrumentality of either.

Signed this __15__ day of __April__, 2016.

By _____
        Jairo Camargo

State/ Providence of __Florida__

The above named __Jairo Camargo__ known to be the individual described in (and holding the position designated in) the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free of act and deed.

SWORN AND SUBSCRIBED BEFORE ME: _____
                                                                                    Notary Public

My commission expires:_____



Oslenys B. Alba
COMMISSION # FF216520
EXPIRES: May 13, 2019
WWW.AARONNOTARY.COM

**2015 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L08000097952

**Entity Name:** ADAMS & COHEN, LLC

**Current Principal Place of Business:**

201 S. BISCAYNE BLVD., 28TH FLOOR
MIAMI, FL 33131

**Current Mailing Address:**

P.O. BOX 546293
MIAMI BEACH, FL 33154

**FEI Number:** 26-3552751

**Name and Address of Current Registered Agent:**

GORMAN, LENARD H
9100 S. DADELAND BLVD.
10TH FLOOR
MIAMI, FL 33156 US

**FILED**
Apr 27, 2015
Secretary of State
CC1197031996

**Certificate of Status Desired:** No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                                                                                       Date

**Authorized Person(s) Detail :**

Title            MGR
Name             CAMARGO, JAIRO
Address          P.O. BOX 546293
City-State-Zip:  MIAMI BEACH FL 33154

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JAIRO CAMARGO                                                    MGR                    04/27/2015

Electronic Signature of Signing Authorized Person(s) Detail                                                                    Date

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:  CASE NO. 13-10001-KKS
CHAPTER 13
KRISTIN LEIGH BELYEW

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
OF UNCLAIMED FUNDS**

**COMES NOW,** LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: MULTI-FAMILY HOA, INC. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 509081 in the amount of 3,177.94 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

KRISTIN LEIGH BELYEW
4580 NW 49TH STREET, UNIT 107
GAINESVILLE, FL 32606

AND

| | |
|---|---|
| SHARON T. SPERLING, ESQUIRE<br>P.O. BOX 358000<br>GAINESVILLE, FL 32635-8000 | MILE RUN MULTI-FAMILY HOA, INC.<br>C/O TREND MGMT SOLUTIONS<br>4121 NW 37TH PLACE, SUITE B<br>GAINESVILLE, FL 32606 |

on the same date as reflected on the Court's docket as the electronic filing date for this document.

12/22/2015  1:40 pm / CR_213

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

B10 (Official Form 10) (12/12)

| UNITED STATES BANKRUPTCY COURT Northern District of Florida | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Kristin Belyew | Case Number: 13-10001-KKS | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Mile Run Multi-Family HOA, Inc.

**FILED**
U.S. Bankruptcy Court
Northern District of FL
4/17/2013
William W. Blevins, Clerk

COURT USE ONLY

Name and address where notices should be sent:
c/o Trend Mgmt Solutions
4121 NW 37th Place, Suite B
Gainesville, FL 32606

Telephone number: 352-374-8566 x118

☐ Check this box if this claim amends a previously filed claim.
Court Claim Number: ____
(*If known*)
Filed on: ____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:** $ 5,107.05
If all or part of the claim is secured, complete item 4. If all or part of the claim is entitled to priority, complete item 5.
☑ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Homeowners Association assessments (See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** ____

**3a. Debtor may have scheduled account as:** ____ (See instruction #3a)

**3b. Uniform Claim Identifier (optional):** ____ (See instruction #3b)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe: ____
Value of Property: $ ____
Annual Interest Rate (when case was filed) ____ %  ☐ Fixed or ☐ Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$ ____
Basis for perfection: ____
Amount of Secured Claim: $ ____
Amount Unsecured: $ ____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).

**Amount entitled to priority:**

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(__).

$ ____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. (*See instruction #7, and the definition of "redacted".*)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**8. Signature:** (See instruction #8) Check the appropriate box.
☐ I am the creditor.
☑ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name: David E. Williamson
Title: Attorney
Company: John F. Hayter, Attorney at Law, P.A.
Address and telephone number (if different from notice address above):
704 NE 1st Street, Gainesville, FL 32601
Telephone number: 352-374-8566 x118

David E. Williamson      4/17/2013
(Signature)              (Date)

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

| Details | 3-1 | 03/12/2013 | Claim #3 filed by Florida Credit Union, Amount claimed: $19776.36 (Sorenson, James) |

Description:

Remarks:

| Creditor: (1797936)<br>Mile Run Multi-Family HOA, Inc.<br>c/o Trend Mgmt Solutions<br>4121 NW 37th Place, Suite B<br>Gainesville, FL 32606 | **Claim No: 4**<br>Original Filed Date: 04/17/2013<br>Original Entered Date: 04/17/2013 | Status:<br>Filed by: CR<br>Entered by: EFiler<br>Modified: |

Amount claimed: $5107.05

History:

| Details | 4-1 | 04/17/2013 | Claim #4 filed by Mile Run Multi-Family HOA, Inc., Amount claimed: $5107.05 (EFiler) |

Description:

Remarks:

| Creditor: (1830416)<br>Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | **Claim No: 5**<br>Original Filed Date: 04/19/2013<br>Original Entered Date: 04/19/2013 | Status:<br>Filed by: CR<br>Entered by: Dolores Garcia<br>Modified: |

Amount claimed: $3361.14

History:

| Details | 5-1 | 04/19/2013 | Claim #5 filed by Portfolio Recovery Associates, LLC, Amount claimed: $3361.14 (Garcia, Dolores) |

Description:

Remarks:

| Creditor: (1830416)<br>Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | **Claim No: 6**<br>Original Filed Date: 05/08/2013<br>Original Entered Date: 05/08/2013 | Status:<br>Filed by: CR<br>Entered by: Dolores Garcia<br>Modified: |

Amount claimed: $1649.97

History:

| Details | 6-1 | 05/08/2013 | Claim #6 filed by Portfolio Recovery Associates, LLC, Amount claimed: $1649.97 (Garcia, Dolores) |

Description:

Remarks: